

ACCEPTED
15-25-00076-cv
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
11/12/2025 2:48 PM
CHRISTOPHER A. PRINE
CLERK

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
11/12/2025 2:48:37 PM
CHRISTOPHER A. PRINE
Clerk

November 12, 2025

*Via e-file*
Fifteenth Court of Appeals
Attn: Chris Prine, Clerk of Court
300 W. 15th Street, Suite 607
Austin, Texas 78701

RE: No. 15-25-00076-CV; *In the Matter of the Marriage of Terry Brent Williams and Tracy Leann Williams and in the Interest of P.R.W., a child*

Dear Mr. Prine,

I wanted to bring to the Court's attention an issue our firm is having with the court reporter that took down the September 25, 2024 hearing for this matter. Her name is Sherry Stephens and her email address is sslchance05@msn.com. We are hoping the Court can provide some guidance or assistance with this matter.

Our firm made a written request for the above referenced transcript on July 17, 2025 via email to Ms. Stephens. *See Exhibit A.* Upon receiving the email, Ms. Stephens informed us of the price, and we mailed a check to satisfy the cost of the transcript. *See Exhibit B.* To date, this transcript has not been filed with this Court of Appeals.

It became evident of the importance of including this transcript in the record after receiving the Appellee's Brief. We attached it to the Appendix of our Reply Brief, but it has never been filed with the Court. Our firm has made significant efforts to try to get Ms. Stephens to upload the transcript that was properly requested and paid for, but she is no longer responsive. *See Exhibit C.*

Sincerely,

Susan J. Clouthier
Clouthier Law, PLLC
Tex. Bar No. 24062673
susan@clouthierlaw.com

CC: *Clint F. Sare, Counsel for Appellee*
*369th District Court, Leon County, Texas* NO. 22-0059CV
*Sherry Stephens*

9950 Woodloch Forest Dr, Ste 1300          Tel: (346) 443-4300
The Woodlands, Texas 77380                 Fax: (346) 443-4343

## Susan Clouthier

| | |
|---|---|
| **From:** | Sherry Stephens <sslchance05@msn.com> |
| **Sent:** | Friday, July 18, 2025 1:22 PM |
| **To:** | Susan Clouthier |
| **Subject:** | Re: CASE NO. 22-0059CV; IMMO Williams |

It looks the cost will be $650.00.  You can send the check to Sherry Stephens, ███████████████████ , ███████████ .  Thank you
Sent from my iPhone

On Jul 17, 2025, at 11:53 AM, Susan Clouthier <susan@clouthierlaw.com> wrote:

Thank you!

**Susan J. Clouthier**
*Founding/Principal Attorney*
Clouthier Law,  PLLC
The Woodlands Towers at the Waterway
9950 Woodloch Forest Dr, Suite 1300
The Woodlands, Texas 77380
Phone: (346) 443-4300
Fax: (346) 443-4343
www.clouthierlaw.com

<image001.png>
<image002.jpg>
*Note: This is a transmission from the law firm of Clouthier Law, PLLC and may contain information which is privileged, confidential, and protected by the attorney-client or attorney work product privileges. If you are not the intended recipient, note that any disclosure, copying, distribution, or use of the contents of this message is prohibited. If you have received this transmission in error, please permanently delete the message and notify us immediately at 346-443-4300. Further, this email does not create an attorney-client relationship.*

**From:** Sherry Stephens <sslchance05@msn.com>
**Sent:** Thursday, July 17, 2025 10:51 AM
**To:** Susan Clouthier <susan@clouthierlaw.com>
**Subject:** Re: CASE NO. 22-0059CV; IMMO Williams

I will try to do that today or tomorrow
Sent from my iPhone

On Jul 17, 2025, at 10:22 AM, Susan Clouthier <susan@clouthierlaw.com> wrote:

Ms. Stephens,

Can you please provide a quote for the transcript for 9-25-24?

Thanks,

Susan

**Susan J. Clouthier**
*Founding/Principal Attorney*
Clouthier Law, PLLC
The Woodlands Towers at the Waterway
9950 Woodloch Forest Dr, Suite 1300
The Woodlands, Texas 77380
Phone: (346) 443-4300
Fax: (346) 443-4343
www.clouthierlaw.com

<image001.png>
<image002.jpg>

*Note: This is a transmission from the law firm of Clouthier Law, PLLC and may contain information which is privileged, confidential, and protected by the attorney-client or attorney work product privileges. If you are not the intended recipient, note that any disclosure, copying, distribution, or use of the contents of this message is prohibited. If you have received this transmission in error, please permanently delete the message and notify us immediately at 346-443-4300. Further, this email does not create an attorney-client relationship.*

**From:** nancy adams <nancy.texascsr@gmail.com>
**Sent:** Wednesday, July 16, 2025 6:45 PM
**To:** Susan Clouthier <susan@clouthierlaw.com>
**Subject:** Re: CASE NO. 22-0059CV; IMMO Williams

Sherry Stephens: sslchance05@msn.com
The hearing date was 9-25-24

On Wed, Jul 16, 2025 at 1:57 PM Susan Clouthier <susan@clouthierlaw.com> wrote:

> Could you please send me her email again? And also which day of the trial she took down?
>
>
>
> **Susan J. Clouthier**
>
> *Founding/Principal Attorney*
>
> Clouthier Law, PLLC

The Woodlands Towers at the Waterway

9950 Woodloch Forest Dr, Suite 1300

The Woodlands, Texas 77380

Phone: (346) 443-4300

Fax: (346) 443-4343

www.clouthierlaw.com

<image001.png>
<image002.jpg>

*Note: This is a transmission from the law firm of Clouthier Law, PLLC and may contain information which is privileged, confidential, and protected by the attorney-client or attorney work product privileges. If you are not the intended recipient, note that any disclosure, copying, distribution, or use of the contents of this message is prohibited. If you have received this transmission in error, please permanently delete the message and notify us immediately at 346-443-4300. Further, this email does not create an attorney-client relationship.*

**From:** nancy adams <nancy.texascsr@gmail.com>
**Sent:** Wednesday, July 16, 2025 1:55 PM
**To:** Susan Clouthier <susan@clouthierlaw.com>
**Subject:** Re: CASE NO. 22-0059CV; IMMO Williams

I found the email I sent to Sherry, and I told her you would be in touch with her if you wanted her record to be included.  So, I'm guessing you thought she would contact you, and Sherry thought you would be contacting her.  Anyway, I'm going to file an extension today when I get in, and explain all of the mishaps, and I will send a copy of the extension to you and to Sherry Stephens.  In the meantime, you need to contact Sherry and let her know if you do want her portion of the case to be included.  And in the email to her, I had that the due date was 7-16-25, but on my list of appeals I keep for myself, I wrote down 7-25-25.  Sorry!

Sent from my iPad

On Jul 16, 2025, at 12:39 PM, Susan Clouthier <susan@clouthierlaw.com> wrote:

I am not sure she ever got back to me.

**Susan J. Clouthier**

***Founding/Principal Attorney***

Clouthier Law, PLLC

The Woodlands Towers at the Waterway

9950 Woodloch Forest Dr, Suite 1300

The Woodlands, Texas 77380

Phone: (346) 443-4300

Fax: (346) 443-4343

www.clouthierlaw.com

<image001.png>

<image002.jpg>

*Note: This is a transmission from the law firm of Clouthier Law, PLLC and may contain information which is privileged, confidential, and protected by the attorney-client or attorney work product privileges. If you are not the intended recipient, note that any disclosure, copying, distribution, or use of the contents of this message is prohibited. If you have received this transmission in error, please permanently delete the message and notify us immediately at 346-443-4300. Further, this email does not create an attorney-client relationship.*

**From:** nancy adams <nancy.texascsr@gmail.com>
**Sent:** Wednesday, July 16, 2025 12:31 PM
**To:** Susan Clouthier <susan@clouthierlaw.com>
**Subject:** Re: CASE NO. 22-0059CV; IMMO Williams

Did you ever get in touch with Sherry Stephens that did the first hearing in this matter and make payment arrangements with her?  I thought it was in the email thread with you where I notified you about her (but can't put my hands on it at the moment-in a hurry to get to dentist).  I'll look again when I return home this afternoon.  Going from memory, I emailed Sherry, at that time, also, to let her know that the record was requested.  Will also look for that.  Nancy

On Wed, Jul 16, 2025 at 12:25 PM Susan Clouthier <susan@clouthierlaw.com> wrote:

Thank you. You may hopefully receive the check today.

**Susan J. Clouthier**

***Founding/Principal Attorney***

Clouthier Law,  PLLC

The Woodlands Towers at the Waterway

9950 Woodloch Forest Dr, Suite 1300

The Woodlands, Texas 77380

Phone: (346) 443-4300

Fax: (346) 443-4343

www.clouthierlaw.com

<image001.png>

<image002.jpg>

*Note: This is a transmission from the law firm of Clouthier Law, PLLC and may contain information which is privileged, confidential, and protected by the attorney-client or attorney work product privileges. If you are not the intended recipient, note that any disclosure, copying, distribution, or use of the contents of this message is prohibited. If you have received this transmission in error, please permanently delete the message and*

*notify us immediately at 346-443-4300. Further, this email does not create an attorney-client relationship.*

**TEXAS IOLTA TRUST ACCOUNTS**
**CLOUTHIER LAW, PLLC**
STE 1300
9950 WOODLOCH FOREST DR
THE WOODLANDS, TX  77380-4252

2867

35-2/1130 TX
17862

Date 7/24/25

Pay To The
Order of  Sherry Stephens, CSR                    $ 650.00

Six hundred fifty dollars and zero cents  Dollars

**BANK OF AMERICA**

ACH R/T 111000025

For Cause No. 22-0059CV; Terry Brent Williams

⑈⑈002867⑈  ⑈113000023⑈  ▇▇▇▇▇▇▇

**Exhibit C-1**

| | |
|---|---|
| **From:** | Carmen Contreras |
| **To:** | "nancy adams" |
| **Subject:** | RE: CASE NO. 22-0059CV; IMMO Williams |
| **Date:** | Monday, October 20, 2025 3:19:00 PM |
| **Attachments:** | image001.png |

Yes, she received it. Thanks so much for getting back to me.

Many thanks,

**Carmen Y. Contreras**
Clouthier Law, PLLC
*Office Manager/Senior Paralegal*
The Woodlands Towers at the Waterway
9950 Woodloch Forest Dr, Suite 1300
The Woodlands, Texas 77380
Phone: (346) 443-4300
Fax: (346) 443-4343
www.clouthierlaw.com



**Click here to subscribe to our YouTube channel**

*Note: This is a transmission from the law firm of Clouthier Law, PLLC and may contain information which is privileged, confidential, and protected by the attorney-client or attorney work product privileges. If you are not the intended recipient, note that any disclosure, copying, distribution, or use of the contents of this message is prohibited. If you have received this transmission in error, please permanently delete the message and notify us immediately at 346-443-4300. Further, this email does not create an attorney-client relationship.*

**From:** nancy adams <nancy.texascsr@gmail.com>
**Sent:** Monday, October 20, 2025 4:18 PM
**To:** Carmen Contreras <carmen@clouthierlaw.com>
**Subject:** Re: CASE NO. 22-0059CV; IMMO Williams

I sent Sherry a message regarding the record, but when looking up the previous email correspondence between she and I from July 22, 2025, she stated she had sent Ms. Clouthier an email message giving the cost of the record. Nancy

On Mon, Oct 20, 2025 at 4:07 PM nancy adams <nancy.texascsr@gmail.com> wrote:

Sorry about the delay in responding, but I was on a 3-week trip. I don't have Sherry's phone number (in fact, I have never met her). All I can do is send her an email and see if she will respond. Nancy

On Wed, Oct 15, 2025 at 12:10 PM Carmen Contreras <carmen@clouthierlaw.com> wrote:

> Good morning, Nancy,
>
> I apologize for the inconvenience, but I'm reaching out to ask for your help. I've been trying to get in touch with Sherry Stephens regarding the hearing held on September 25, 2024, but I haven't received a response.
>
> I understand she is retired and may be out of town frequently. If possible, could you either pass along a message to her on our behalf or provide an alternative way to reach her? Thank you in advance for your time and assistance, and again, I apologize for the interruption.
>
> Many thanks,
>
> **Carmen Y. Contreras**
> Clouthier Law, PLLC
> *Office Manager/Senior Paralegal*
> The Woodlands Towers at the Waterway
> 9950 Woodloch Forest Dr, Suite 1300
> The Woodlands, Texas 77380
> Phone: (346) 443-4300
> Fax: (346) 443-4343
> www.clouthierlaw.com
>
>
>
> **Click here to subscribe to our YouTube channel**
>
> *Note: This is a transmission from the law firm of Clouthier Law, PLLC and may contain information which is privileged, confidential, and protected by the attorney-client or attorney work product privileges. If you are not the intended recipient, note that any disclosure, copying, distribution, or use of the contents of this message is prohibited. If you have received this transmission in error, please permanently delete the message and notify us immediately at 346-443-4300. Further, this email does not create an attorney-client relationship.*

--
Nancy K. Adams, Official Reporter
369th Judicial District
P.O. Box 1602
Jacksonville, Texas  75766

This e-mail, and any attachments thereto, is intended only for use by the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this e-mail, you are hereby notified that any dissemination, distribution or copying of this e-mail, and any attachments thereto, is strictly prohibited.
If you have received this e-mail in error, please immediately notify me by telephone at 903-721-2286 and permanently delete the original and any copy or any printout thereof.

--
Nancy K. Adams, Official Reporter
369th Judicial District
P.O. Box 1602
Jacksonville, Texas  75766

This e-mail, and any attachments thereto, is intended only for use by the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this e-mail, you are hereby notified that any dissemination, distribution or copying of this e-mail, and any attachments thereto, is strictly prohibited.
If you have received this e-mail in error, please immediately notify me by telephone at 903-721-2286 and permanently delete the original and any copy or any printout thereof.

**Exhibit C-2**

| | |
|---|---|
| **From:** | Carmen Contreras |
| **To:** | Sherry Stephens |
| **Subject:** | RE: CASE NO. 22-0059CV; IMMO Williams |
| **Date:** | Friday, October 31, 2025 9:58:00 AM |
| **Attachments:** | image001.png |

Thanks for the reply. Any idea when can we expect them to be filed next week?

Many thanks,

**Carmen Y. Contreras**

Clouthier Law, PLLC

*Office Manager/Senior Paralegal*

The Woodlands Towers at the Waterway

9950 Woodloch Forest Dr, Suite 1300

The Woodlands, Texas 77380

Phone: (346) 443-4300

Fax: (346) 443-4343

www.clouthierlaw.com



**Click here to subscribe to our YouTube channel**

*Note: This is a transmission from the law firm of Clouthier Law, PLLC and may contain information which is privileged, confidential, and protected by the attorney-client or attorney work product privileges. If you are not the intended recipient, note that any disclosure, copying, distribution, or use of the contents of this message is prohibited. If you have received this transmission in error, please permanently delete the message and notify us immediately at 346-443-4300. Further, this email does not create an attorney-client relationship.*

**From:** Sherry Stephens <sslchance05@msn.com>
**Sent:** Thursday, October 30, 2025 3:57 PM
**To:** Carmen Contreras <carmen@clouthierlaw.com>
**Subject:** Re: CASE NO. 22-0059CV; IMMO Williams

I am still out of town. Will not be back until next week.
Sent from my iPhone

> On Oct 30, 2025, at 4:15 PM, Carmen Contreras

<<carmen@clouthierlaw.com>> wrote:

Sherry,

I am following up on the below email.  Please advise.

Many thanks,

**Carmen Y. Contreras**
Clouthier Law,  PLLC
*Office Manager/Senior Paralegal*
The Woodlands Towers at the Waterway
9950 Woodloch Forest Dr, Suite 1300
The Woodlands, Texas 77380
Phone: (346) 443-4300
Fax: (346) 443-4343
www.clouthierlaw.com

<image001.png>

**Click here to subscribe to our YouTube channel**

*Note: This is a transmission from the law firm of Clouthier Law, PLLC and may contain information which is privileged, confidential, and protected by the attorney-client or attorney work product privileges. If you are not the intended recipient, note that any disclosure, copying, distribution, or use of the contents of this message is prohibited. If you have received this transmission in error, please permanently delete the message and notify us immediately at 346-443-4300. Further, this email does not create an attorney-client relationship.*

---

**From:** Carmen Contreras
**Sent:** Wednesday, October 29, 2025 1:11 PM
**To:** sslchance05@msn.com
**Subject:** CASE NO. 22-0059CV; IMMO Williams

Ms. Sherry,

I heard back from Nancy, and unfortunately, she's not able to help with this. We really need these records —this is an urgent matter. Can you please make sure it gets filed as soon as possible? I'd really appreciate your help with this.

Many thanks,

**Carmen Y. Contreras**
Clouthier Law, PLLC
*Office Manager/Senior Paralegal*
The Woodlands Towers at the Waterway
9950 Woodloch Forest Dr, Suite 1300
The Woodlands, Texas 77380
Phone: (346) 443-4300
Fax: (346) 443-4343
www.clouthierlaw.com

<image001.png>

**Click here to subscribe to our YouTube channel**

*Note: This is a transmission from the law firm of Clouthier Law, PLLC and may contain information which is privileged, confidential, and protected by the attorney-client or attorney work product privileges. If you are not the intended recipient, note that any disclosure, copying, distribution, or use of the contents of this message is prohibited. If you have received this transmission in error, please permanently delete the message and notify us immediately at 346-443-4300. Further, this email does not create an attorney-client relationship.*

**Exhibit C-3**

**From:** Carmen Contreras
**To:** Sherry Stephens
**Subject:** RE: CASE NO. 22-0059CV; IMMO Williams
**Date:** Friday, November 7, 2025 11:11:00 AM
**Attachments:** image001.png

Good morning, Ms. Sherry,

I hope this message finds you well. I wanted to follow up regarding the records you mentioned filing with the Court of Appeals. I understand that things can get busy, and I just wanted to check in to see if there has been any progress.

I greatly appreciate your attention to this matter and look forward to hearing from you.

Thank you for your time and efforts.

Many thanks,


**Carmen Y. Contreras**
Clouthier Law, PLLC
*Office Manager/Senior Paralegal*
The Woodlands Towers at the Waterway
9950 Woodloch Forest Dr, Suite 1300
The Woodlands, Texas 77380
Phone: (346) 443-4300
Fax: (346) 443-4343
www.clouthierlaw.com



**Click here to subscribe to our YouTube channel**

*Note: This is a transmission from the law firm of Clouthier Law, PLLC and may contain information which is privileged, confidential, and protected by the attorney-client or attorney work product privileges. If you are not the intended recipient, note that any disclosure, copying, distribution, or use of the contents of this message is prohibited. If you have received this transmission in error, please permanently delete the message and notify us immediately at 346-443-4300. Further, this email does not create an attorney-client relationship.*

**From:** Sherry Stephens <sslchance05@msn.com>
**Sent:** Thursday, October 30, 2025 3:57 PM
**To:** Carmen Contreras <carmen@clouthierlaw.com>

**Subject:** Re: CASE NO. 22-0059CV; IMMO Williams

I am still out of town.  Will not be back until next week.
Sent from my iPhone

> On Oct 30, 2025, at 4:15 PM, Carmen Contreras <carmen@clouthierlaw.com> wrote:
>
> Sherry,
>
> I am following up on the below email.  Please advise.
>
> Many thanks,
>
> **Carmen Y. Contreras**
> Clouthier Law,  PLLC
> *Office Manager/Senior Paralegal*
> The Woodlands Towers at the Waterway
> 9950 Woodloch Forest Dr, Suite 1300
> The Woodlands, Texas 77380
> Phone: (346) 443-4300
> Fax: (346) 443-4343
> www.clouthierlaw.com
>
> <image001.png>
>
> **Click here to subscribe to our YouTube channel**
>
> *Note: This is a transmission from the law firm of Clouthier Law, PLLC and may contain information which is privileged, confidential, and protected by the attorney-client or attorney work product privileges. If you are not the intended recipient, note that any disclosure, copying, distribution, or use of the contents of this message is prohibited. If you have received this transmission in error, please permanently delete the message and notify us immediately at 346-443-4300. Further, this email does not create an attorney-client relationship.*
>
> ---
>
> **From:** Carmen Contreras
> **Sent:** Wednesday, October 29, 2025 1:11 PM
> **To:** sslchance05@msn.com

**Subject:** CASE NO. 22-0059CV; IMMO Williams

Ms. Sherry,

I heard back from Nancy, and unfortunately, she's not able to help with this. We really need these records —this is an urgent matter. Can you please make sure it gets filed as soon as possible? I'd really appreciate your help with this.

Many thanks,

**Carmen Y. Contreras**
Clouthier Law,  PLLC
*Office Manager/Senior Paralegal*
The Woodlands Towers at the Waterway
9950 Woodloch Forest Dr, Suite 1300
The Woodlands, Texas 77380
Phone: (346) 443-4300
Fax: (346) 443-4343
www.clouthierlaw.com

<image001.png>

**Click here to subscribe to our YouTube channel**

*Note: This is a transmission from the law firm of Clouthier Law, PLLC and may contain information which is privileged, confidential, and protected by the attorney-client or attorney work product privileges. If you are not the intended recipient, note that any disclosure, copying, distribution, or use of the contents of this message is prohibited. If you have received this transmission in error, please permanently delete the message and notify us immediately at 346-443-4300. Further, this email does not create an attorney-client relationship.*

**Exhibit C-4**

| | |
|---|---|
| **From:** | Carmen Contreras |
| **To:** | "Sherry Stephens" |
| **Subject:** | RE: CASE NO. 22-0059CV; IMMO Williams |
| **Date:** | Wednesday, November 12, 2025 1:19:00 PM |
| **Attachments:** | image001.png |

Ms. Sherry,

We are still waiting on the records to be filed with the COA. Please advise when you will filing them.

Many thanks,

**Carmen Y. Contreras**
Clouthier Law, PLLC
*Office Manager/Senior Paralegal*
The Woodlands Towers at the Waterway
9950 Woodloch Forest Dr, Suite 1300
The Woodlands, Texas 77380
Phone: (346) 443-4300
Fax: (346) 443-4343
www.clouthierlaw.com



**Click here to subscribe to our YouTube channel**

*Note: This is a transmission from the law firm of Clouthier Law, PLLC and may contain information which is privileged, confidential, and protected by the attorney-client or attorney work product privileges. If you are not the intended recipient, note that any disclosure, copying, distribution, or use of the contents of this message is prohibited. If you have received this transmission in error, please permanently delete the message and notify us immediately at 346-443-4300. Further, this email does not create an attorney-client relationship.*

**From:** Carmen Contreras
**Sent:** Friday, November 7, 2025 11:12 AM
**To:** Sherry Stephens <sslchance05@msn.com>
**Subject:** RE: CASE NO. 22-0059CV; IMMO Williams

Good morning, Ms. Sherry,

I hope this message finds you well. I wanted to follow up regarding the records you mentioned filing with the Court of Appeals. I understand that things can get busy, and I just wanted to check in to see if there has been any progress.

I greatly appreciate your attention to this matter and look forward to hearing from you.

Thank you for your time and efforts.

Many thanks,

**Carmen Y. Contreras**
Clouthier Law, PLLC
*Office Manager/Senior Paralegal*
The Woodlands Towers at the Waterway
9950 Woodloch Forest Dr, Suite 1300
The Woodlands, Texas 77380
Phone: (346) 443-4300
Fax: (346) 443-4343
www.clouthierlaw.com



**Click here to subscribe to our YouTube channel**

*Note: This is a transmission from the law firm of Clouthier Law, PLLC and may contain information which is privileged, confidential, and protected by the attorney-client or attorney work product privileges. If you are not the intended recipient, note that any disclosure, copying, distribution, or use of the contents of this message is prohibited. If you have received this transmission in error, please permanently delete the message and notify us immediately at 346-443-4300. Further, this email does not create an attorney-client relationship.*

**From:** Sherry Stephens <sslchance05@msn.com>
**Sent:** Thursday, October 30, 2025 3:57 PM
**To:** Carmen Contreras <carmen@clouthierlaw.com>
**Subject:** Re: CASE NO. 22-0059CV; IMMO Williams

I am still out of town.  Will not be back until next week.
Sent from my iPhone

On Oct 30, 2025, at 4:15 PM, Carmen Contreras <[carmen@clouthierlaw.com](mailto:carmen@clouthierlaw.com)> wrote:

Sherry,

I am following up on the below email. Please advise.

Many thanks,

**Carmen Y. Contreras**
Clouthier Law, PLLC
*Office Manager/Senior Paralegal*
The Woodlands Towers at the Waterway
9950 Woodloch Forest Dr, Suite 1300
The Woodlands, Texas 77380
Phone: (346) 443-4300
Fax: (346) 443-4343
[www.clouthierlaw.com](http://www.clouthierlaw.com)

<image001.png>

**Click here to subscribe to our YouTube channel**

*Note: This is a transmission from the law firm of Clouthier Law, PLLC and may contain information which is privileged, confidential, and protected by the attorney-client or attorney work product privileges. If you are not the intended recipient, note that any disclosure, copying, distribution, or use of the contents of this message is prohibited. If you have received this transmission in error, please permanently delete the message and notify us immediately at 346-443-4300. Further, this email does not create an attorney-client relationship.*

**From:** Carmen Contreras
**Sent:** Wednesday, October 29, 2025 1:11 PM
**To:** [sslchance05@msn.com](mailto:sslchance05@msn.com)
**Subject:** CASE NO. 22-0059CV; IMMO Williams

Ms. Sherry,

I heard back from Nancy, and unfortunately, she's not able to help with this. We really need these records —this is an urgent matter. Can you please make sure it gets filed as soon as possible? I'd really appreciate your help with this.

Many thanks,

**Carmen Y. Contreras**
Clouthier Law,  PLLC
*Office Manager/Senior Paralegal*
The Woodlands Towers at the Waterway
9950 Woodloch Forest Dr, Suite 1300
The Woodlands, Texas 77380
Phone: (346) 443-4300
Fax: (346) 443-4343
www.clouthierlaw.com

<image001.png>

**Click here to subscribe to our YouTube channel**

*Note: This is a transmission from the law firm of Clouthier Law, PLLC and may contain information which is privileged, confidential, and protected by the attorney-client or attorney work product privileges. If you are not the intended recipient, note that any disclosure, copying, distribution, or use of the contents of this message is prohibited. If you have received this transmission in error, please permanently delete the message and notify us immediately at 346-443-4300. Further, this email does not create an attorney-client relationship.*

**Automated Certificate of eService**

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Susan Clouthier on behalf of Susan Clouthier
Bar No. 24062673
susan@clouthierlaw.com
Envelope ID: 107966738
Filing Code Description: Letter
Filing Description: Letter - re Court Reporter
Status as of 11/12/2025 2:55 PM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Clouthier Law | | info@clouthierlaw.com | 11/12/2025 2:48:37 PM | SENT |
| Susan J.Clouthier | | susan@clouthierlaw.com | 11/12/2025 2:48:37 PM | SENT |
| Clint F.Sare | | cfs@sarelaw.com | 11/12/2025 2:48:37 PM | SENT |